IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60309
Summary Calendar
_____


GEORGE WILSON,

                                        Plaintiff-Appellant,

versus

LOUIS FANCHER; AUSTIN STANCIEL;
LUKE J. SCHISSEL; FRANK S. THACKSTON, JR.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-325-S-A
- - - - - - - - - -
August 1, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     George Wilson, Mississippi state prisoner #47707, appeals from the district court's dismissal of his civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(d).  He argues that his daughter's constitutional rights were violated, that a settlement reached in a prior lawsuit involving his daughter was improper, and that he should be able to reinstate a cause of action on his

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

daughter's behalf.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons given by the district court.  <u>See</u> <u>Wilson v. Fancher</u>, No. 4:95CV325-S-A (N.D. Miss. Apr. 12, 1996).

AFFIRMED.